McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
PETER THOMPSON
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: Peter.Thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LEE N. POPE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-1327 DAD<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

On remand, the ALJ will be directed to reassess Plaintiff's ability to perform other work in the national economy. Specifically, the ALJ shall obtain vocational expert testimony regarding the impact of Plaintiff's functional limitations on his ability to work. The vocational expert will indicate whether his or her testimony deviates from information contained in the Dictionary of Occupational Titles. The vocational expert shall explain any conflict between his or her opinion and the Dictionary of Occupational Titles.

/////

/////

1  It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this
2  Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of
3  the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625
4  (1993).

5          Respectfully submitted,

6  Dated: November 13, 2007      /s/ Brian Shapiro
           (As authorized via e-mail)
7          BRIAN SHAPIRO
           Attorney for Plaintiff

8
9  Dated: November 13, 2007      McGREGOR W. SCOTT
           United States Attorney
10         LUCILLE GONZALES MEIS
           Regional Chief Counsel, Region IX
11         Social Security Administration

12         /s/ Peter Thompson
           PETER THOMPSON
13         Special Assistant U.S. Attorney

14         Attorneys for Defendant

15

16         <u>ORDER</u>

17  APPROVED AND SO ORDERED.

18  DATED: November 14, 2007.

19

20  _Dale A. Drozd_ (signature)
    DALE A. DROZD
21  UNITED STATES MAGISTRATE JUDGE

22

23  Ddad1/orders.socsec/pope1327.stipord.remand