Brian C. Shapiro
Attorney at Law: #192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff LEE POPE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE POPE, | Case No.: 2:07-cv-1327 -DAD |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff LEE POPE ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of three thousand three hundred ($3,300.00). This amount represents compensation for all legal services rendered by Brian C. Shapiro on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

///

1   The stipulation is entered into for the sole purpose of settling all disputed
2 claims regarding EAJA and avoiding the expenses and risks of litigation. This
3 stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
4 attorney fees, costs, and expenses.  This stipulation does not constitute an
5 admission of liability on the part of Defendant under the EAJA.  This stipulation
6 does not settle, or compromise the question of whether Brian C. Shapiro may be,
7 is, or should be the direct payee of an award of fees, costs, and expenses under the
8 EAJA in the absence or presence of an express or implied assignment of such an
9 award nor whether any such award is free from or subject to debts of Plaintiff, if
10 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
11 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.
12   Neither this agreement nor the substance herein shall, in full or in part, be
13 quoted, cited or referred to in any document filed in any case but the present one
14 and it shall not, in full or in part, be attached to any document filed in any case but
15 the present one.
16   Payment of three thousand three hundred ($3,300.00) in EAJA attorney fees,
17 costs, and expenses to Brian C. Shapiro shall constitute a complete release from
18 and bar to any and all claims Plaintiff may have relating to EAJA fees in
19 connection.  Any payment shall be made payable to Plaintiff's counsel as
20 Plaintiff's assignee and delivered to Plaintiff's counsel.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: December 5, 2007         Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

BY: /s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff
LEE POPE

DATE:  12/4/07                 McGREGOR W. SCOTT
                               United States Attorney

BY: */s/-*Peter Thompson*
_____
PETER THOMPSON
Special Assistant United States Attorney
Attorneys for defendant MICHAEL J. ASTRUE
Commissioner of Social Security

[*Via email authorization on 12/4/07]

## ORDER

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND THREE HUNDRED and no/100's ($3,300.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  December 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/pope1327.rtf